UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALONZO LAMOTTE

                                                    CIVIL ACTION

VERSUS

                                                    NO. 09-011-FJP-DLD

LOUISIANA DEPT. OF CORRECTIONS, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petitioner's application for a writ of habeas corpus shall be dismissed, without prejudice to later application upon exhaustion of state court post-conviction remedies.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 1, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46621