UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALONZO LAMOTTE

                                                  CIVIL ACTION

VERSUS

                                                  NO. 09-011-FJP-DLD

LOUISIANA DEPT. OF CORRECTIONS, ET AL.


J U D G M E N T

    For the written reasons assigned:

    IT IS ORDERED AND ADJUDGED that judgment shall be entered, dismissing the petitioner's application for a writ of habeas corpus, without prejudice to later application upon exhaustion of state court post-conviction remedies.

    Baton Rouge, Louisiana, March 1, 2010.


                                     FRANK J. POLOZOLA
                                     MIDDLE DISTRICT OF LOUISIANA

Doc#46621